NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1293

VERA W. HUANG,

Plaintiff-Appellant,

v.

MENG YIH HUANG, P. GUILMET, ROBIN LYNCH, GEORGE P. LORDAN,
ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN,
MI NA HUANG, LEU SO-MEI, WEN-CHIN LEU of Chien-Chuen Plastic Co. Ltd.,
DR. MARILEA K. MILLER, ERNEST LIN, DR. TUNG, JOSEPH PALEY,
MARK BURRELL, DAVID HAZLEWOOD, and DEPUTY TERRY, Salem Family Court,

Defendants-Appellees,

and

JUDGE EDWARD J. ROCKETT, HONORABLE SEAN DUNPHY,
JUDGE SPENCER M. KAGAN, JOHN CRONIN, JUDGE JOHN STEVENS, JR.,
JUDGE MARY M. MANZI, JUDGE DIGANGI, JUDGE BILLING,
JUDGE NANCY STAFFIER HOLTZ, JUDGE BONNIE H. MACLEOD,
JUDGE FRANCIS A. MCINTYRE, JUDGE WHITHEAD, JUDGE D. KERMAN,
JUDGE IRELAND, JUDGE SPINA, JUDGE CORDY, JOHN DAWLEY,
Assistant District Attorney, RALPH FINCH, Assistant Clerk, JUDITH BRENNAN,
KEVIN JONES, MAGISTRATE TRIPI, MAGISTATE DORIS STENZIANI,
LILLIAN C. ANDRUSZKIEWICZ, CLERK HOLLIEY WHITE, JOSEPH LARO,
Court Reporter, PROBATION OFFICER SLIVASKI, RUDOLPH JAWORSKI,
CHARLES KAGAN, INSPECTOR ROBERT FOLEY, INSPECTOR BERNARD CLANCY,
ESSEX COUNTY, MASSACHUSETTS STATE TREASURY,
ATTORNEY GENERAL OF MASSACHUSETTS, SALEM DISTRICT ATTORNEY,
ALEM SUPERIOR COURT CLERKS, CAMBRIDGE DISTRICT ATTORNEY,
and JUDGE WHITE, Middlesex Superior Court,

Defendants-Appellees,

and

NANCY VANTINE and BURNS & LEVINSON LLP,

Defendants-Appellees.

Appeal from the Untied States District Court for the District of Massachusetts in case no. 07-CV-10435, Judge Joseph L. Tauro.

ORDER

Upon review of Vera W. Huang's recently docketed appeal, we consider whether Huang should be directed to show cause why her appeal should not be dismissed for lack of jurisdiction or as untimely.

Huang filed a complaint alleging criminal and civil rights violations against various individuals, state government employees, and judges. The United States District Court for the District of Massachusetts previously had granted the defendants' motions to dismiss for failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction. On November 12, 2009, the district court denied Huang's motion for reconsideration. On February 12, 2010, Huang filed a notice of appeal, apparently seeking review by this court of the order denying reconsideration. It appears that Huang also previously appealed to the United States Court of Appeals for the First Circuit.

This court's jurisdiction over appeals of district court decisions is limited primarily to cases involving patents and suits against the United States not exceeding $10,000. See 28 U.S.C. § 1295 (a)(1), (2). It does not appear that Huang's appeal is within this court's jurisdiction. Further, it does not appear that Huang's appeal was timely filed. Fed. R. App. P. 4(a)(1)(A) (in a civil case, a notice of appeal must be filed within 30 days of entry of the judgment or appealable order).

Accordingly,

IT IS ORDERED THAT:

(1)     Huang is directed to show cause within 21 days of the date of filing of this order why her appeal should not be dismissed.  Any appellee may also respond within that time.

(2)     The briefing schedule is stayed.

FOR THE COURT

___APR 3 0 2010___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Vera W. Huang
        Annapurna Balakrishna, Esq.
        Katy E. Koski, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

2010-1293                          3